IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **CORY B. LANGE,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**ANCHOR GLASS CONTAINER CORPORATION,**<br><br>　　　　**Defendant.** | **Case No. 4:20-cv-00160-TWP-KMB** |

## DEFENDANT'S POSITION STATEMENT FOLLOWING REMAND

Defendant Anchor Glass Container Corporation ("Defendant"), by counsel, submits the following Position Statement pursuant to Local Rule 16-2.

1.　On August 2, 2023, the Court docketed the United States Court of Appeals for the Seventh Circuit's Mandate remanding the District Court's decision granting summary judgment in Defendant's favor. [Dkt. 99].

2.　On August 4, 2023, the District Court scheduled a telephonic status conference in this matter for September 7, 2023. [Dkt. 102]. Upon Plaintiff's Motion, the Court rescheduled the telephonic status conference for September 19, 2023. [Dkts. 103, 104].

3.　Following remand, Local Rule 16-2 directs "each party [to] file a statement of position as to what action the court should take in the case." [S.D. Ind. L.R. 16-2].

4.　Pursuant to Local Rule 16-2, Defendant respectfully submits that the Parties should address the scheduling of all pretrial deadlines and trial dates at the upcoming September 19, 2023 status conference.

        Respectfully submitted,

        <u>/s/ Peter T. Tschanz</u>
        Michael A. Moffatt (#14910-49)
        Peter T. Tschanz (# 29520-49)

        *Attorneys for Defendant*
        *Anchor Glass Container Corporation*

LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
Email:  mmoffatt@littler.com
        ptschanz@littler.com

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have on this 24th day of August 2023, served a copy of the foregoing.

Service will be made on all ECF-registered counsel of record via email to the following:

        Grant Swartzentruber
        SWARTZENTRUBER BROWN
        grant@swartzentruberlaw.com

        Stephen E. Imm
        FINNEY LAW FIRM, LLC
        stephen@finneylawfirm.com

        <u>/s/ Peter T. Tschanz</u>
           Peter T. Tschanz