# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| **CORY B. LANGE,** | : | CASE NO. 4:20-cv-00160-KMB |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S POSITION STATEMENT** |
| **ANCHOR GLASS CONTAINER CORPORATION,** | : | **FOLLOWING REMAND** |
| | : | |
| **Defendant.** | : | |
| | : | |

Plaintiff, Cory B. Lange ("Plaintiff"), by and through counsel, submits this Position Statement pursuant to Local Rule 16-2 and the Court's Order.

Plaintiff's position is that the case should be scheduled for a Final Pretrial Conference and jury trial as soon as is convenient for the Court and the parties.

Respectfully Submitted,

*/s/ Stephen E. Imm*
Stephen E. Imm (0040068)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5678
(513) 943-6669-fax
stephen@finneylawfirm.com

Grant E. Swartzentruber (29297-14)
SWARTZENTRUBER BROWN
412 East Flora Street, Suite 1
Washington, IN 47501
(812) 254-7268
(812) 716-2789 (fax)
grant@swartzentruberlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Stephen E. Imm*
_____
Stephen E. Imm (OH #0040068)