# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| CORY B. LANGE, | : | CASE NO. 4:20-cv-160-TWP-KMB |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **PLAINTIFF'S NOTICE OF PARTIAL** |
| ANCHOR GLASS CONTAINER CORPORATION, | : | **DISMISSAL** |
| **Defendant.** | : | |

Now comes Plaintiff, Cory B. Lange, by and through the undersigned counsel, hereby dismisses his claim under the Indiana Civil Rights Act, Ind. Code 22-9-1, *et seq*. Plaintiff's claim under Title VII of the Civil Rights Act of 1964 remains pending.

Respectfully submitted,

*/s/ Stephen E. Imm*
Stephen E Imm (0040068)
Diana L. Emerson (OH# 0103214)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-5678
(513) 943-6669-fax
stephen@finneylawfirm.com
diana@finneylawfirm.com

Grant E. Swartzentruber (29297-14)
SWARTZENTRUBER BROWN
412 East Flora Street, Suite 1
Washington, IN 47501
(812) 254-7268
(812) 716-2789 (fax)
grant@swartzentruberlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on this 19th day of August 2024.

*/s/ Stephen E. Imm*
Stephen E Imm (0040068)