UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| **CORY B. LANGE,** | : | **CASE NO. 4:20-cv-160-TWP-KMB** |
| **Plaintiff,** | : | |
| v. | : | |
| **ANCHOR GLASS CONTAINER CORPORATION,** | : | **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |
| **Defendant.** | : | |

Now come the parties, by and through the undersigned counsel, and hereby stipulate to the dismissal with prejudice of Plaintiff's claim under the Indiana Civil Rights Act, Ind. Code 22-9-1, *et seq*.

Plaintiff's claim under Title VII of the Civil Rights Act of 1964 remains pending.

| | |
|---|---|
| */s/ Stephen E. Imm* | */s/ Christopher C. Murray, per auth.* |
| Stephen E Imm (0040068) | Christopher C. Murray (26221-49) |
| Diana L. Emerson (OH# 0103214) | Ellen Pactor (34145-49) |
| Finney Law Firm, LLC | 300 N. Meridian St., Suite 2700 |
| 4270 Ivy Pointe Blvd., Suite 225 | Indianapolis, IN 46204 |
| Cincinnati, Ohio 45245 | (317) 916-1300 |
| (513) 943-5678 | (317) 916-9076-fax |
| (513) 943-6669-fax | Christopher.murray@ogletree.com |
| stephen@finneylawfirm.com | Ellen.pactor@ogletree.com |
| diana@finneylawfirm.com | *Attorneys for Defendant* |

Grant E. Swartzentruber (29297-14)
SWARTZENTRUBER BROWN
412 East Flora Street, Suite 1
Washington, IN 47501
(812) 254-7268
(812) 716-2789 (fax)
grant@swartzentruberlaw.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on this 20th day of August 2024.

*/s/ Stephen E. Imm*
Stephen E Imm (0040068)
