IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-cv-00160-TWP-KMB |
| ANCHOR GLASS CONTAINER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S REPLY IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE CONCERNING CODY GRADY AND DEFENDANT'S CROSS-MOTION IN LIMINE REGARDING JOB APPLICANTS HIRED BY DIFFERENT DECISION-MAKERS**

Defendant Anchor Glass Container Corporation ("Anchor Glass"), by counsel, respectfully moves the Court for leave to file Defendant's Reply in Support of Defendant's Cross-Motion in Limine Regarding Job Applicants Hired by Different Decision-Makers (Dkt. 183).

A copy of the proposed reply is attached hereto.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        By: */s/ Christopher C. Murray*
        Christopher C. Murray, Atty. No. 26221-49
        Ellen Pactor, Atty. No. 34145-49
        300 N Meridian Street, Suite 2700
        Indianapolis, IN  46204
        Telephone:  (317) 916-1300
        Facsimile:   (317) 916-9076
        *christopher.murray@ogletree.com*
        *ellen.pactor@ogletree.com*

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on this 26th day of August, 2024.

        */s/ Christopher C. Murray*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076