UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE,<br><br>          Plaintiff,<br><br>          v.<br><br>ANCHOR GLASS CONTAINER CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:20-cv-00160-TWP-KMB<br>)<br>)<br>)<br>)<br>)<br>) |

## **VERDICT FORM**

We, the jury unanimously agree on the answer to each question below.

1. Has Mr. Lange proven by a preponderance of the evidence that Anchor Glass Container Corporation did not hire him because of his race? [*Check one*]

    Yes ✓   No ____

If you answered "Yes" to Question No. 1, then proceed to Question No. 2. If you answered "No" to Question No. 1, then do not proceed any further, your deliberations are concluded.

2. Has Mr. Lange proven by a preponderance of the evidence that he is entitled to damages for mental and emotional pain and suffering caused by Anchor Glass Container Corporation's decision to not hire him? [*Check one*]

    Yes ✓   No ____

If you answered "Yes" to Question No. 2, then proceed to Question No. 3. If you answered "No" to Question No. 2, then proceed to Question 4.

3. Please write the amount of damages for mental and emotional pain and suffering you find that Mr. Lange has proven by a preponderance of the evidence:

    $ __90,000.00__

4. Has Mr. Lange proven by a preponderance of the evidence that he is entitled to punitive damages? [*Check one*]

Yes ✓  No ____

If you answered "Yes" to Question No. 4, then proceed to Question No. 5. If you answered "No" to Question No. 4, then do not proceed any further, your deliberations are concluded.

5. Please write the amount of punitive damages you find that Mr. Lange has proven by a preponderance of the evidence:

$ 1,000,000.00

8/30/2024
Date

Jury Foreperson

2