# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| **CORY B. LANGE,** | : | CASE NO. 4:20-cv-160-TWP-KMB |
| | : | |
| **Plaintiff,** | : | Judge Pratt |
| | : | |
| v. | : | |
| | : | **ENTRY GRANTING PLAINTIFF'S** |
| **ANCHOR GLASS CONTAINER** | : | **MOTION TO VACATE FEBRUARY 11,** |
| **CORPORATION,** | : | **2025 TRIAL DATE** |
| | : | |
| **Defendant.** | : | |

This matter is before the Court on Plaintiff's Motion to Vacate the February 11, 2025 trial date. (Dkt. 267). In the Motion, counsel states that Plaintiff no longer wishes to pursue his claims for front pay and/or back pay damages. *Id*. Defendant has filed a Response, stating that it has no objection to the Court granting "a motion dismissing, waiving, and forfeiting any claims Plaintiff may have to equitable relief on his claims for back pay, front pay, or any other form of equitable relief, including an order reinstating him to a position at Anchor Glass." (Dkt. 268). The Court construes Plaintiff's Motion as a Motion to Vacate the Trial and Motion to Dismiss the front pay, back pay and any other equitable claims. Pursuant to Fed. Rule of Civil Procedure 41(a)(2), the Motion is **GRANTED**. The February 11, 2025 trial date is **VACATED**, and any remaining claims in this action are **DISMISSED** with prejudice. All claims are now resolved and Final Judgment in this case will issue in a separate order**.**

   **SO ORDERED**.

Date: 2/7/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF