UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-00160-TWP-KMB |
| ) | |
| ANCHOR GLASS CONTAINER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| INcompass Healthcare, ) | |
| ) | |
| Intervenor. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**. Following a jury verdict on the single count of race discrimination under Title VII of the Civil Rights Act, judgment is entered in favor of Plaintiff Cory B. Lange and against Defendant Anchor Glass Container Corporation. The claims for front pay, back pay, and other equitable relief have been dismissed pursuant to Rule 41(a)(2). The case is **dismissed with prejudice** and the action is **TERMINATED**.

Dated: 2/11/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Diana Lyn Shaw Emerson
Finney Law Firm
diana@finneylawfirm.com

Stephen E. Imm
FINNEY LAW FIRM, LLC
stephen@finneylawfirm.com

David Kuhnz
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
david.kuhnz@ogletree.com

Christopher C. Murray
Ogletree Deakins
christopher.murray@ogletree.com

Ellen Pactor
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
ellen.pactor@ogletree.com

Grant E. Swartzentruber
SWARTZENTRUBER BROWN, ATTORNEYS AT LAW LLC
grant@swartzentruberlaw.com

William Dean Young
Lewis And Wilkins LLP
young@lewisandwilkins.com