IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-cv-00160-TWP-KMB |
| ANCHOR GLASS CONTAINER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S VERIFIED MOTION TO EXTEND
DEADLINE TO SUBMIT BOND OR OTHER
SECURITY AND STAY OF EXECUTION OF JUDGMENT**

Defendant Anchor Glass Container LLC formerly known as Anchor Glass Container Corporation ("Anchor Glass" or the "Company"), by counsel, respectfully moves the Court to extend the deadline for Anchor Glass to submit a bond or other security under Federal Rule of Civil Procedure 62(b) ("Bond") by fourteen (14) days, to and including February 3, 2026. Relatedly, the Company respectfully moves the Court to stay execution of the judgment by the same amount of time. In support, the Company states:

1. Anchor Glass and its counsel have been working diligently and with a sense of urgency to secure a Bond since receiving the Court's Order on Plaintiff's Motions for Fees and Costs ("Attorneys' Fees Order") on January 13, 2026 [Doc. 338]. Despite diligent efforts, Anchor Glass respectfully needs additional time to provide the Bond.

2. Anchor Glass's undersigned Counsel received the Attorneys' Fees Order at 4:57 P.M. on January 13, 2026. Anchor Glass's counsel promptly reviewed the Attorneys' Fees Order.

3. The Attorneys' Fees Order awarded Plaintiff Cory B. Lange ("Plaintiff") $426,282.74 in attorneys' fees, expenses, and costs ("Attorneys' Fees Award"). Doc. 338 at 18. It also set the amount of the Bond to be provided by Anchor Glass at $744,282.74, which is comprised of $426,282.74 for the Attorneys' Fees Award, $300,000.00 for the compensatory and punitive damages previously awarded, and $18,000.00 for estimated post-judgment interest. *Id.* at 17-18. The Court allowed Anchor Glass seven (7) days to provide the Bond.

4. On the morning of January 14, 2026, at approximately 7:51 AM, Anchor Glass's undersigned counsel provided a detailed analysis of the Attorneys' Fees Order to Anchor Glass's representative and a representative of the Company's insurer, AIG.

5. That same day, Anchor Glass's counsel conferred with a bond provider to inform it of the amount of the Bond set by the Court and the deadline ordered for providing the Bond. Anchor Glass's counsel had previously contacted this provider in 2025 about supplying a Bond but did not have the amount of the Bond that would be needed until January 13, 2026.

6. The undersigned counsel, the Company's representatives, AIG's representative, and the bond provider have been working with diligent urgency to meet the deadline ordered by the Court. This includes conducting numerous virtual meetings and calls with the undersigned counsel and representatives of the Company, AIG, and the bond provider, gathering and providing updated Company financial information for underwriter review, seeking internal approvals at the Company and AIG, and addressing related matters.

7. Despite their diligent efforts, Anchor Glass, AIG, and the bond provider respectfully need additional time to complete the process of securing and providing the Bond. This process requires preparing paperwork (including subrogation paperwork relating to the Company's

applicable insurance policy) and completing internal reviews and obtaining approvals within the Company, AIG, and the Bond underwriter.[1]

8. Anchor Glass does not seek this extension for purposes of delay. Anchor Glass only requests this extension out of necessity.

9. After consultation with AIG and the Bond underwriter, the Company anticipate that this process can be completed by February 3, 2026.

10. The undersigned counsel has inquired of Plaintiff's counsel whether Plaintiff opposes this request and, at the time of filing, has not received a statement of Plaintiff's position.

WHEREFORE Anchor Glass respectfully requests that the Court extend the deadline to provide the Bond and extend the stay of execution of the judgment by fourteen (14) days, to and including February 3, 2026, and grant Anchor Glass all other appropriate relief.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2026.

/s/Christopher C. Murray

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher C. Murray
Christopher C. Murray, Atty. No. 26221-49
David R. Kuhnz, Atty. No. 29990-49
300 N Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*christopher.murray@ogletree.com*
*david.kuhnz@ogletree.com*
Attorneys for Defendant

---

[1] The Company also respectfully notes that Monday, January 19, 2026, is a holiday, which reduces the number of business days between entry of the Attorneys' Fees Award and the deadline to provide the Bond.

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on this 16th day of January, 2026.

                                            */s/Christopher C. Murray*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076