# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-cv-00160-TWP-KMB |
| ANCHOR GLASS CONTAINER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT BOND OR OTHER SECURITY AND STAY OF EXECUTION OF JUDGMENT TO FEBRUARY 20, 2026

This matter is before the Court on Defendant Anchor Glass Container LLC formerly known as Anchor Glass Container Corporation's ("Anchor Glass" or "Company") Unopposed Motion to Extend Deadline to Submit Bond or Other Security and Stay of Execution of Judgment to February 20, 2026. After reviewing the motion, and being duly advised, the Court Grants the motion.

**IT IS THEREFORE ORDERED** that the deadline for Defendant to provide the required bond or other security and the stay of execution of judgment are extended to and including February 20, 2026.

SO ORDERED.

Date: 2/17/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Service will be made electronically on
all counsel of record via-e-mail generated
by the Court's ECF System.**