IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CORY B. LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-cv-00160-TWP-KMB |
| ANCHOR GLASS CONTAINER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO APPROVE BOND AND
STAY EXECUTION ON THE JUDGMENTS PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(b), Defendant Anchor Glass Container LLC formerly known as Anchor Glass Container Corporation ("Anchor Glass" or the "Company"), by counsel, respectfully moves the Court to approve its bond and stay execution on the judgments and proceedings to enforce the pending appeal. In support, the Company states:

1. This Court entered its Final Judgment Pursuant to Fed. R. Civ. P. 58 on February 11, 2025 [doc. 270].

2. The Company filed its Renewed Motion for Judgment as a Matter of Law [Doc. 282] and Rule 59 Motion or for Remittitur [Doc. 284] on March 11, 2025.

3. This Court issued its Order on Post-Trial Motions on October 30, 2025 [Doc. 318], denying Defendant's Renewed Motion for Judgment as a Matter of Law [Doc. 282] and granting in part and denying in part Defendant's Rule 59 Motion or for Remittitur [Doc. 284].

4. On November 26, 2026, the Company filed its Notice of Appeal [Doc. 328] from the Final Judgment and preceding and succeeding orders, except for Plaintiff's then-pending Motion for Award of Attorneys' Fees, Expenses, and Costs [Doc. 277].

5. On January 13, 2026, this Court entered its Order on Plaintiff's Motions for Fees and Costs, Defendant's Motion for Leave to File Surreply, and Defendant's Motion to Extend Stay of Execution of Judgment ("Attorneys' Fees Judgment"). [Doc. 338.] That order also set amount of any appeal bond at $744,282.74. *Id.* at 18.

6. On January 26, 2026, the Company filed its Notice of Appeal from the Attorneys' Fees Judgment.

7. The Court has entered several orders extending the deadline for the Company to provide a bond to stay execution on the judgments pending appeal. [*See* Doc. 351.]

8. Following the unsuccessful completion of mediation with the Seventh Circuit Mediator, the Company respectfully provides the attached Supersedeas Bond in the amount of $744,282.74 issued by American Home Assurance Company as surety. (Exhibit A.)

WHEREFORE, the Company respectfully requests that the Court approve this Supersedeas Bond pursuant to Rule 62(b), thereby staying execution on the judgments and proceedings to enforce them during the pendency of the Company's appeals and to grant the Company all other appropriate relief.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Christopher C. Murray*
Christopher C. Murray, Atty. No. 26221-49
David R. Kuhnz, Atty. No. 29990-49
300 N Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076
*christopher.murray@ogletree.com*
*david.kuhnz@ogletree.com*

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on this 20th day of February 2026.

                                        /s/Christopher C. Murray

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 N Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076