# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

CORY B. LANGE,

                Plaintiff,

      v.

ANCHOR GLASS CONTAINER COR-
PORATION,

                Defendant.

Case No. 4:20-cv-00160-TWP-KMB

## SUPERSEDEAS BOND

Bond No. 995008 – 2026

**LET IT BE KNOWN** that Anchor Glass Container Corporation ("Anchor"), as Principal, and American Home Assurance Company, as Surety, pursuant to Fed.R.Civ.P. 62(d), and Fed.R.App.P. 8(b), are held and firmly bound unto Plaintiff, Cory B. Lange ("Lange"), up to the sum of Seven Hundred Forty-Four Thousand Two Hundred Eighty-Two Dollars and Seventy-Four Cents ($744,282.74) for payment which we bind ourselves, our administrators, successors and assigns, jointly and severally, on the conditions set forth herein.

**WHEREAS,** in the above-named Court, Lange, the plaintiff herein, received a judgment against Anchor, the defendant herein, for the sum of Three Hundred Thousand Dollars and Zero Cents ($300,000.00) in compensatory and punitive damages pursuant to the Court's Final Judgment entered on February 11, 2025, and its Order on Post-Trial Motions entered on October 30, 2025, and an award of Four Hundred Twenty-Six Thousand Two Hundred Eight-Two Dollars and Seventy-Four Cents ($426,282.74) in attorneys' fees, expenses and costs pursuant to the Court's Order on Plaintiff's Motions for Fees and Costs entered on January 13, 2026.

**WHEREAS,** the above-named Principal has filed notices of appeal to the United States Court of Appeals for the Seventh Circuit to review certain orders in the case and the judgment ultimately entered in the above case on December 2, 2025, and January 26, 2026.

**NOW THEREFORE,** if the Principal shall satisfy any money judgment obtained in the judgment in full, including any costs and damages which may be awarded against defendant or if principal is released or absolved from its legal obligation to pay any judgment to Lange, then this obligation shall be null and void; otherwise the obligation will remain in full force and effect. It is provided that the Surety shall not be liable in the aggregate for more than the sum of Seven Hundred Forty-Four Thousand Two Hundred Eighty-Two Dollars and Seventy-Four Cents ($744,282.74).

Signed, sealed and dated this 2nd day of February, 2026.


American Home Assurance Company

By:_____

Printed:_____Andre Graupen_____

Title: Attorney-in-Fact_____


Anchor Glass Container Corporation

By:_____

Printed: Sami J. Hijab_____

Title: General Counsel_____

**POWER OF ATTORNEY**

Each of **AMERICAN HOME ASSURANCE COMPANY**, a New York corporation, **AIU INSURANCE COMPANY**, a New York corporation, **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**, a Pennsylvania corporation, **NEW HAMPSHIRE INSURANCE COMPANY**, an Illinois corporation, and **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**, an Illinois corporation, (each, a "Company") with executive offices located at 1271 Avenue of the Americas, 37th Floor, New York, New York 10020-1304, herein represented by Tanya E. Kent, Vice President, and Cecile Weis, Assistant Secretary, hereby appoints each of **ANDRE GRAUPEN** and **EDWARD C. KELLY** as its true and lawful attorney-in-fact (each, an "Attorney-in-Fact") to act individually in the name, place and stead of the Company, as authorized representative of the Company, with respect to the issuance and execution of (i) Surety Indemnity Agreements and/or Surety Bonds that may be required to replace existing Agreements and/or Bonds; (ii) Riders or Amendment Agreements to Indemnity Agreements or Bonds; (iii) Fronting Agreements or Network Partner Agreements, (iv) Reinsurance Agreements, (v) Co-Surety Agreements, (vi) Bond Extinguishment or Bond Retirement declarations, and (vii) any and all ancillary or related agreements, bonds, documents, or letters required to implement, clarify, or define the rights or obligations of any parties to any of the foregoing documents listed in any section of this power of attorney, and the performance of all such official acts or things as such Attorney-in-Fact deems necessary with respect thereto.

This Power of Attorney shall be valid until November 30, 2026 unless otherwise extended or revoked by notice to any such Attorney-in-Fact. This Power of Attorney will expire automatically, without notice, as to any individual Attorney-in-Fact upon the date that such Attorney-in-Fact ceases to be employed by American International Group, Inc. or one of its subsidiaries or affiliates; provided, however, that it shall remain in full force and effect as to each other Attorney-in-Fact employed at such time by American International Group, Inc. or one of its subsidiaries or affiliates.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, each Company has caused this instrument to be executed by its Vice President and its Assistant Secretary this <u>14th</u>  day of November, 2024.

**AMERICAN HOME ASSURANCE COMPANY**

**AIU INSURANCE COMPANY**
**NATIONAL UNION FIRE INSURANCE COMPANY**
**OF PITTSBURGH, PA.**

**NEW HAMPSHIRE INSURANCE COMPANY**

**THE INSURANCE COMPANY OF THE STATE OF**
**PENNSYLVANIA**

By: _____
     Tanya E. Kent
     Vice President

By: _____
     Cecile Weis
     Assistant Secretary